UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANDREW OSTROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20CV209 ACL |
| | ) | |
| OFFICE OF ELECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The present action requests solely injunctive relief.  Thus, the Court will order that the matter be re-assigned to a United States District Judge.  *See* 28 U.S.C. § 636.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court is directed to re-assign the instant action to a United States District Judge.

Dated this 8th day of October, 2020.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE