UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDREW OSTROWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 1:20-CV-209 SNLJ |
| | ) |
| OFFICE OF ELECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 19th day of October, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE